for the Seventh Circuit granted. *Lee A. Freeman* for *Daniel F. Rice et al.,* petitioners in Nos. 470, 471, 472 and 473. *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for the Illinois Commerce Commission et al., petitioners in Nos. 472 and 473. *Ferre C. Watkins, Floyd E. Thompson, Carl Meyer, Leo F. Tierney* and *Louis A. Kohn* for respondents in Nos. 470 and 472. *Weymouth Kirkland* and *Howard Ellis* for respondent in Nos. 471 and 473. Briefs were filed by *Frederick G. Hamley* and *John E. Benton* for the National Association of Railroad and Utilities Commissioners, as *amicus curiae,* in support of the petitions in Nos. 470 and 471, and by *Everett C. McKeage* and *H. F. Wiggins* for the Railroad Commission of California, as *amicus curiae,* in support of the petition in No. 470. Reported below: 156 F. 2d 33.

No. 312. UNITED STATES *v.* SILK, DOING BUSINESS AS ALBERT SILK COAL CO. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General McGrath* for the United States. *Robert Stone* and *Warren W. Shaw* for respondent.

No. 457. ADAMS *v.* UNITED STATES. October 21, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *John W. Lapsley* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 140. DE MEERLEER *v.* MICHIGAN. October 21, 1946. Petition for writ of certiorari to the Supreme Court